AO 91 (Rev. 01/09)  Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AYMAN JOUMAA, | ) |
| a/k/a Junior, and | ) |
| ALEJANDRO LOPEZ, | ) |
| a/k/a Angel. | ) |

Case No.   1:11-mj- 467

FILED

🖐 17 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of   March 2010 - June 2011   in the county of _____ in the   Eastern   District of _____ Virginia ____, the defendant(s) violated   21   U.S.C. § _____ 959 and 963 _____ an offense described as follows:

AYMAN JOUMAA, a/k/a Junior, and ALEJANDRO LOPEZ, a/k/a Angel, did conspire to distribute five kilograms or more of cocaine for the purpose of unlawful importation into the United States.

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent R. Kevin Schreiber
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   06/17/2011

City and state:   Alexandria, Virginia

/s/
_____
John F. Anderson
United States Magistrate Judge